UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>DON FRANKLIN EYNON,<br><br>Defendant. | NO: CR-12-6001-RMP<br><br>ORDER GRANTING GOVERNMENT'S MOTION TO DISMISS COUNT 2 OF THE INDICTMENT |

**BEFORE** the Court is the Government's Motion to Dismiss Count 2 of the Indictment, ECF No. 108, pursuant to the terms of the Plea Agreement entered in this case on November 7, 2012. Having reviewed the motion and having heard from counsel, the Court finds good cause to grant the motion.

Accordingly, **IT IS HEREBY ORDERED** that the Government's Motion to Dismiss Count 2 of the Indictment, **ECF No. 108**, is **GRANTED WITH PREJUDICE.**

The District Court Clerk is directed to enter this Order and provide copies to counsel.

DATED this 7th day of February 2013.

                                   *s/ Rosanna Malouf Peterson*
                                ROSANNA MALOUF PETERSON
                               Chief United States District Court Judge