PROB 12C
(6/16)

Report Date: July 17, 2020

# United States District Court

**FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON**

for the

**Jul 17, 2020**

Eastern District of Washington

SEAN F. McAVOY, CLERK

## Petition for Warrant or Summons for Offender Under Supervision

| | |
|---|---|
| Name of Offender: Don Franklin Eynon | Case Number: 0980 2:12CR06001-RMP-1 |
| Address of Offender: | WA  99352 |

Name of Sentencing Judicial Officer:  The Honorable Rosanna Malouf Peterson, U. S. District Judge

Date of Original Sentence: February 7, 2013

| | | | |
|---|---|---|---|
| Original Offense: | Distribution of Child Pornography, 18 U.S.C. § 2252A(a)(2) | | |
| Original Sentence: | Prison - 60 months;<br>TSR - Life | Type of Supervision: | Supervised Release |
| Asst. U.S. Attorney: | Ann Wick | Date Supervision Commenced: | August 11, 2017 |
| Defense Attorney: | Jennifer Barnes | Date Supervision Expires: | N/A |

## PETITIONING THE COURT

To issue a warrant and to incorporate the violation contained in this petition in future proceedings with the violation previously reported to the Court on 07/09/2020.

The probation officer believes that the offender has violated the following condition of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 2 | **Mandatory Condition #2**: The defendant shall not commit another federal, state, or local crime.<br><br>**Supporting Evidence**: Mr. Eynon is considered to be in violation of his conditions of supervised release by being charged with simple assault, domestic violence and resisting arrest, Benton County District Court case number XZ0425167, on July 16, 2020.<br><br>Mr. Eynon commenced supervised release on August 11, 2017. His conditions of supervised release were reviewed and accepted by Mr. Eynon on this date.  A copy of his conditions were provided to him, specifically mandatory condition number 2, as noted above.<br><br>On July 16, 2020, the Richland Police Department advised the undersigned officer that Mr. Eynon was contacted by their department regarding a domestic violence assault. A voicemail message was also received by the victim, Sandra Eynon, advising Mr. Eynon was arrested for assault and resisting arrest.  The victim indicated Mr. Eynon was currently at Kadlec Medical Center in Richland, on a 72-hour mental health hold. |

According to police reports, the Richland Police Department was dispatched to in reference to a verbal disturbance at 10:04 a.m. Officers spoke with Ms. Eynon who advised Mr. Eynon had been acting odd lately and accused her of working with the federal government to get him in trouble. After speaking further with Ms. Eynon about the situation officers determined no crime had occurred. Officers attempted to speak with Mr. Eynon to see if any assistance could be offered, but he would not answer the officers.

At 10:53 a.m. Richland Police was again dispatched to Mr. Eynon's residence in reference to an open 911 call about a verbal disturbance. Dispatch advised it sounded like a physical fight as the caller was stating her ex-husband had hit and pushed her. Upon arrival at the home, officers heard yelling from the basement area of the home and a voice yelling for help. Officers entered the residence and heard yelling from the basement of the home.

Richland officers went downstairs, into a bedroom and saw Ms. Eynon backed into a corner. Mr. Eynon was standing near her. Mr. Eynon had his hands in a fighting position; he was ordered to lower his hands and exit the room. Officers directed Mr. Eynon a second time to lower his hands and exit the room. He complied, although telling the officers to get his cell phone from Ms. Eynon. Mr. Eynon also stated to officers that Ms. Eynon hit him too.

Ms. Eynon was asked about what happened. She had to take a moment to compose herself. She explained that after the events earlier in the morning, she decided to pack a bag and go to a hotel for the night to get away from Mr. Eynon. Ms. Eynon was in her bedroom and Mr. Eynon came out of the bathroom holding her cell phone. She asked for the phone back and began putting stuff in her purse. At this point, Mr. Eynon grabbed the purse from her and began pulling the items out of it. When Ms. Eynon reached for her purse Mr. Eynon struck her left forearm with his right hand. Ms. Eynon's forearm was shown to officers and a 3-inch red mark was noted. She then advised Mr. Eynon pushed her with his right arm and elbowed her in the forehead with his right elbow. She was then pushed to the bed but was able to get loose and called 911. A no contact order was requested by Ms. Eynon.

Mr. Eynon was interviewed by officers and read his Miranda rights. He denied the allegations and showed no marks, cuts, or bruising from a recent assault. Mr. Eynon was arrested for simple assault, domestic violence. Mr. Eynon was handcuffed and refused to get into the patrol car. Officers also noted that Mr. Eynon fell purposely to the ground, locked his legs around the rear tire of a patrol car, and actively resisted any efforts to get him in the patrol car. He was charged with resisting arrest for this behavior.

Prior to his arrest, the Richland Fire Department was contacted as it was found Mr. Eynon had skin rashes with puss coming out of them. After his arrest, Mr. Eynon was transported to Kadlec Medical Center in Richland, for medical clearance. Officers noted Mr. Eynon stated he believed the federal prison system inserted devices in his legs and they were shocking him. Due to mental health issues, a Benton County District Court Judge approved a 72-hour mental health detainer. Mr. Eynon has a pending court date of July 24, 2020, at 8 a.m. at the Benton County District Court.

The U.S. Probation Office respectfully recommends the Court issue a warrant and incorporate the violation contained in this petition in future proceedings with the violation previously reported to the Court.

Prob12C
**Re: Eynon, Don Franklin**
**July 17, 2020**
**Page 3**

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:    July 17, 2020

s/Daniel M. Manning

Daniel M. Manning
U.S. Probation Officer

---

THE COURT ORDERS

[ ]    No Action
[✓]   The Issuance of a Warrant
[ ]    The Issuance of a Summons
[✓]   The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ]    Defendant to appear before the Judge assigned to the case.
[✓]   Defendant to appear before the Magistrate Judge.
[ ]    Other

*Stanley A. Bastian*

Signature of Judicial Officer

7/17/2020

Date