PROB 12C
(6/16)

Report Date: March 19, 2021

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Mar 19, 2021

SEAN F. McAVOY, CLERK

## Petition for Warrant or Summons for Offender Under Supervision

| | |
|---|---|
| Name of Offender: Don Franklin Eynon | Case Number: 0980 2:12CR06001-RMP-1 |
| Address of Offender: | Washington 99301 |

Name of Sentencing Judicial Officer:  The Honorable Rosanna Malouf Peterson, U. S. District Judge

Date of Original Sentence: February 7, 2013

| | | |
|---|---|---|
| Original Offense: | Distribution of Child Pornography, 18 U.S.C. § 2252A(a)(2)(A) | |
| Original Sentence: | Prison - 60 months<br>TSR - Life | Type of Supervision: Supervised Release |
| Revocation Sentence: 10/28/2020: | Prison - 6 months<br>TSR - Life | |
| Asst. U.S. Attorney: | Ann Wick | Date Supervision Commenced: February 12, 2021 |
| Defense Attorney: | Paul E. Shelton | Date Supervision Expires: N/A |

## PETITIONING THE COURT

To issue a warrant.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Special Condition # 31**: You must abstain from the use of illegal controlled substances, and must submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 test per month, in order to confirm continued abstinence from these substances.<br><br>**Supporting Evidence**: Mr. Eynon is considered to be in violation of his conditions of supervised release by using a controlled substance, methamphetamine and amphetamine, on or about March 10, 2021.<br><br>Mr. Eynon commenced supervised release on February 12, 2021. His conditions of supervised release were reviewed with him by telephone on February 17, 2021, and again reviewed with him on March 17, 2021. He verbally acknowledged he understood his conditions of release, specifically special condition number 31, as noted above.<br><br>Merit Resource Services (Merit) contacted the undersigned officer on March 19, 2021, to advise Mr. Eynon has been undergoing a substance abuse assessment since March 10, 2021. |

Prob12C
**Re: Eynon, Don Franklin**
**March 19, 2021**
**Page 2**

        During their meeting on March 10, 2021, a urinalysis test (UA) was taken which tested presumptively positive for methamphetamine and amphetamine. On March 18, 2021, the results of this UA were received from Alere Toxicology Services and confirmed the sample tested positive for amphetamine at 1528 ng/mL and methamphetamine at 27,645 ng/mL.

2      **Special Condition # 31**: You must abstain from the use of illegal controlled substances, and must submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances.

        **Supporting Evidence**:  Mr. Eynon is considered to be in violation of his conditions of supervised release by using a controlled substance, methamphetamine, on or about March 18, 2021.

        Mr. Eynon commenced supervised release on February 12, 2021. His conditions of supervised release were reviewed with him by telephone on February 17, 2021, and again reviewed with him on March 17, 2021. He verbally acknowledged he understood his conditions of release, specifically special condition number 31, as noted above.

        Mr. Eynon was referred to Merit Resource Services (Merit) on February 17, 2021, for random urinalysis (UA) testing. He was directed to call the UA telephone line daily, Monday through Friday, and to report to Merit's office for UA testing when the color brown was called.

        Mr. Eynon reported to Merit for UA testing on March 18, 2021. He did not submit a sample for testing. Instead, he signed a drug use admission form advising he had used methamphetamine on or about March 18, 2021.

The U.S. Probation Office respectfully recommends the Court issue a warrant requiring the defendant to appear to answer to the allegation(s) contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:   03/19/2021

s/Daniel M. Manning

Daniel M. Manning
U.S. Probation Officer

Prob12C
**Re: Eynon, Don Franklin**
**March 19, 2021**
**Page 3**

THE COURT ORDERS

[ ]  No Action
[X]  The Issuance of a Warrant
[ ]  The Issuance of a Summons
[ ]  Other

_____
Signature of Judicial Officer

3/19/2021
_____
Date