PROB 12C
(6/16)

Report Date: August 20, 2021

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Aug 20, 2021

SEAN F. McAVOY, CLERK

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Don Franklin Eynon                Case Number: 0980 2:12CR06001-RMP-1

Address of Offender:

Name of Sentencing Judicial Officer: The Honorable Rosanna Malouf Peterson, U.S. District Judge

Date of Original Sentence: February 7, 2013

| | |
|---|---|
| Original Offense: | Distribution of Child Pornography, 18 U.S.C. § 2252A(a)(2)(A) |
| Original Sentence: | Prison - 60 months<br>TSR - Life |
| | Type of Supervision: Supervised Release |
| Revocation Sentence:<br>(October 28, 2020) | Prison - 6 months<br>TSR - Life |
| Amended Revocation Judgment:<br>(October 28, 2020) | Prison - 6 months<br>TSR - Life |
| Asst. U.S. Attorney: | Ann Wick    Date Supervision Commenced: February 12, 2021 |
| Defense Attorney: | Jeremy B. Sporn    Date Supervision Expires: N/A |

## PETITIONING THE COURT

To issue a **warrant** and to incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court on 03/19/2021.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 3 | **Standard Condition #1**: You must report to the probation office in the federal judicial district where you are authorized to reside within 72 hours of your release from imprisonment, unless the probation officer instructs you to report to a different probation office or within a different time frame.<br><br>**Supporting Evidence**: Mr. Eynon is considered to be in violation of his conditions of supervised release by failing to report to his probation officer since August 6, 2021.<br><br>Mr. Eynon commenced supervised release on February 12, 2021. His conditions of supervised release were reviewed with him by telephone on February 17, 2021, and again reviewed with him on March 17, 2021. He verbally acknowledged an understanding of his conditions of release. |

**Prob12C**
**Re: Eynon, Don Franklin**
**August 20, 2021**
**Page 2**

Mr. Eynon was before the Court on August 6, 2021, for a status hearing. The Court granted Mr. Eynon a continuance of disposition so he could seek additional treatment in the community and demonstrate his ability to comply with the previously imposed conditions of his supervised release after successfully completing intensive inpatient treatment at American Behavioral Health Systems (ABHS) on August 5, 2021.

Upon completion of this hearing, Mr. Eynon failed to contact the undersigned officer. The undersigned officer has not received any voice mails, text messages, or been made aware that Mr. Eynon has attempted to report to the U.S. Probation Office in Richland, Washington.

Contact was made with Mr. Eynon's brother, Larry, on August 20, 2021, to attempt contact with Mr. Eynon. Larry reported Mr. Eynon has not been at his residence for approximately 4 days, and advised Mr. Eynon does not have a telephone number. Larry further reported Mr. Eynon is no longer allowed to stay at his home and his whereabouts are unknown to him.

| | |
|---|---|
| 4 | **Special Condition #20**: You must complete a sex offender evaluation, which may include psychological and polygraph testing. You must pay according to your ability and allow the reciprocal release of information between the evaluator and supervising officer. |

**Supporting Evidence**: Mr. Eynon is considered to be in violation of his conditions of supervised release by failing to complete a sex offender evaluation.

Mr. Eynon commenced supervised release on February 12, 2021. His conditions of supervised release were reviewed with him by telephone on February 17, 2021, and again reviewed with him on March 17, 2021. He verbally acknowledged an understanding of his conditions of release.

Mr. Eynon was before the Court on August 6, 2021, for a status hearing. The Court granted Mr. Eynon a continuance of disposition so he could seek additional treatment in the community and demonstrate his ability to comply with the previously imposed conditions of his supervised release after successfully completing intensive inpatient treatment at ABHS on August 5, 2021.

As noted above, Mr. Eynon has not been in contact with the undersigned probation officer. Mr. Eynon has not provided proof of scheduling a sex offender evaluation.

| | |
|---|---|
| 5 | **Standard Condition #5**: You must live at a place approved by the probation officer. If you plan to change where you live or anything about your living arrangements (such as the people you live with), you must notify the probation officer at least 10 days before the change. If notifying the probation officer in advance is not possible due to unanticipated circumstances, you must notify the probation officer within 72 hours of becoming aware of a change or expected change. |

**Supporting Evidence**: Mr. Eynon is considered to be in violation of his conditions of supervised release by changing his residence without advance approval of the supervising officer.

Mr. Eynon commenced supervised release on February 12, 2021. His conditions of supervised release were reviewed with him by telephone on February 17, 2021, and again reviewed with him on March 17, 2021. He verbally acknowledged an understanding of his conditions of release.

Mr. Eynon was before the Court on August 6, 2021, for a status hearing. The Court granted Mr. Eynon a continuance of disposition so he could seek additional treatment in the community and demonstrate his ability to comply with the previously imposed conditions of his supervised release after successfully completing intensive inpatient treatment at ABHS on August 5, 2021.

Mr. Eynon's brother, Larry, was contacted on August 20, 2021. Larry reported Mr. Eynon left his home approximately 4 days ago (August 16, 2021) and has not been back. Larry further reported Mr. Eynon will not be allowed to return to this residence. Mr. Eynon has failed to contact the undersigned officer in any manner to receive approval to change his residence.

It should also be noted to the Court, the Richland Police Department contacted Mr. Eynon at approximately 10:30 p.m. on August 18, 2020. During this contact it was noted that Mr. Eynon reported he is homeless and staying in his car.

6    **Special Condition #29**: You must complete a mental health evaluation and follow any treatment recommendations of the evaluating professional which do no require forced or psychotropic medication and/or inpatient confinement, absent further order of the court. You must allow reciprocal release of information between the supervising officer and treatment provider. You must contribute to the cost of treatment according to your ability to pay.

**Supporting Evidence**: Mr. Eynon is considered to be in violation of his conditions of supervised release by failing to complete a mental health evaluation.

Mr. Eynon commenced supervised release on February 12, 2021. His conditions of supervised release were reviewed with him by telephone on February 17, 2021, and again reviewed with him on March 17, 2021. He verbally acknowledged an understanding of his conditions of release.

Mr. Eynon was before the Court on August 6, 2021, for a status hearing. The Court granted Mr. Eynon a continuance of disposition so he could seek additional treatment in the community and demonstrate his ability to comply with the previously imposed conditions of his supervised release after successfully completing intensive inpatient treatment at ABHS on August 5, 2021.

As noted above, Mr. Eynon has not been in contact with the undersigned officer. Mr. Eynon has not provided proof of scheduling an appointment for a mental health evaluation.

The U.S. Probation Office respectfully recommends the Court to incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court, and that the Court issue a **warrant**.

Prob12C
Re: Eynon, Don Franklin
August 20, 2021
Page 4

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: August 20, 2021

s/Daniel M. Manning

Daniel M. Manning
U.S. Probation Officer

THE COURT ORDERS

[ ] No Action
[X] The Issuance of a Warrant
[ ] The Issuance of a Summons
[ ] The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ] Defendant to appear before the Judge assigned to the case.
[X] Defendant to appear before the Magistrate Judge.
[ ] Other

Rosanna Malouf Peterson
Signature of Judicial Officer

8/20/2021
Date