PROB 12C
(6/16)

Report Date: May 1, 2023

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

May 01, 2023

SEAN F. McAVOY, CLERK

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Don Franklin Eynon          Case Number: 0980 2:12CR06001-MKD-1

Address of Offender: ▉▉▉▉▉

Name of Sentencing Judicial Officer: The Honorable Rosanna Malouf Peterson, Senior U. S. District Judge
Name of Supervising Judicial Officer: The Honorable Mary K. Dimke, U.S. District Judge

Date of Original Sentence: February 7, 2013

| | | | |
|---|---|---|---|
| Original Offense: | Distribution of Child Pornography, 18 U.S.C. § 2252A(a)(2)(A) | | |
| Original Sentence: | Prison - 60 months<br>TSR - Life | Type of Supervision: | Supervised Release |
| Revocation Sentence:<br>(10/30/20) | Prison - 6 months<br>TSR - Life | | |
| Revocation Sentence:<br>(2/19/2021) | Prison - 6 months<br>TSR - Life | | |
| Revocation Sentence:<br>(9/13/2021) | Prison - 24 months<br>TSR - Life | | |
| Asst. U.S. Attorney: | Ann Wick | Date Supervision Commenced: | February 10, 2023 |
| Defense Attorney: | Jeremy B. Sporn | Date Supervision Expires: | Life |

### PETITIONING THE COURT

To incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court on 4/25/2023.

Mr. Eynon commenced supervised release on February 10, 2023. His conditions of supervised release were reviewed with and signed by Mr. Eynon on February 15, 2023.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 4 | **Standard Condition #3**: You must not knowingly leave the federal judicial district where you are authorized to reside without first getting permission from the Court or the probation officer. |

Prob12C
Re: Eynon, Don Franklin
May 1, 2023
Page 2

**Supporting Evidence**: Mr. Eynon is considered to be in violation of his conditions of supervised release by leaving the Eastern District of Washington without permission on or about April 30, 2023.

An email notification was received from the Morgan County, Colorado, Sheriff's Office on April 30, 2023, at 9:37 p.m. indicating they had ran Mr. Eynon's name. Follow up contact with the Morgan County Sheriff's Office revealed Mr. Eynon was contacted while sleeping in his vehicle on the side of the road. Upon running Mr. Eynon's information, his federal warrant was seen as active and he was taken into custody. There are currently no pending charges. Mr. Eynon is currently in the Morgan County Jail in Colorado.

The U.S. Probation Office respectfully recommends the Court to incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:   05/01/2023

s/Daniel M. Manning

Daniel M. Manning
U.S. Probation Officer

---

THE COURT ORDERS

[ ]   No Action
[ ]   The Issuance of a Warrant
[ ]   The Issuance of a Summons
[X]   The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ]   Defendant to appear before the Judge assigned to the case.
[X]   Defendant to appear before the Magistrate Judge
[ ]   Other

M. K. Dimke

Signature of Judicial Officer

5/1/2023

Date