PROB 12C
(6/16)

Report Date:  April 24, 2023

# United States District Court

### for the

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Apr 25, 2023

SEAN F. McAVOY, CLERK

### Eastern District of Washington

### Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Don Franklin Eynon          Case Number: 0980 2:12CR06001-RMP-1

Address of Offender: ███████

Name of Sentencing Judicial Officer:  The Honorable Rosanna Malouf Peterson, Senior U. S. District Judge

Date of Original Sentence: February 7, 2013

| | | |
|---|---|---|
| Original Offense: | Distribution of Child Pornography, 18 U.S.C. § 2252A(a)(2)(A) | |
| Original Sentence: | Prison - 60 months<br>TSR - Life | Type of Supervision: Supervised Release |
| Revocation Sentence:<br>(10/30/2020) | Prison - 6 months<br>TSR - Life | |
| Revocation Sentence:<br>(2/19/2021) | Prison - 6 months<br>TSR - Life | |
| Revocation Sentence:<br>(9/13/2021) | Prison - 24 months<br>TSR - Life | |
| Asst. U.S. Attorney: | Ann Wick | Date Supervision Commenced: February 10, 2023 |
| Defense Attorney: | Jeremy B. Sporn | Date Supervision Expires: Life |

## PETITIONING THE COURT

To issue a warrant.

Mr. Eynon commenced supervised release on February 10, 2023.  His conditions of supervised release were reviewed with and signed by Mr. Eynon on February 15, 2023.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Special Condition #13**: You must abstain from the use of illegal controlled substance, and must submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances.<br><br>**Supporting Evidence**: Mr. Eynon is considered to be in violation of his conditions of supervised release by failing to attend a drug test at Merit Resource Services (Merit) on April 20, 2023. |

Prob12C
**Re: Eynon, Don Franklin**
**April 24, 2023**
**Page 2**

Mr. Eynon reviewed and acknowledged an understanding of his conditions of supervised release on February 15, 2023.  Immediately upon his release, Mr. Eynon was referred to Merit for drug testing. He was instructed to call Merit daily and report to their office when the color brown is called.

Merit notified the undersigned officer on April 21, 2023, that the color brown was called on April 20, 2023, and Mr. Eynon was not present to provide a drug test.

2          <u>Special Condition #18</u>: You must reside in a residential reentry center (RRC) for a period up to 90 days at the direction of the supervising officer. Your participation in the programs offered by the RRC is limited to employment, education, treatment, and religious services at the direction of the supervising officer. The defendant shall abide by the rules and requirements of the facility.

<u>Supporting Evidence</u>: Mr. Eynon is considered to be in violation of his conditions of supervised release by failing to enter into the residential reentry center (RRC) as directed on April 21, 2023.

The undersigned received notice from the RRC that Mr. Eynon did not arrive at the RRC by noon on April 21, 2023. This date had been previously reported to Mr. Eynon and accepted by him during his intake interview on February 15, 2023.

3          <u>Standard Condition #2</u>: After initially reporting to the probation office, you will receive instructions from the court or the probation officer about how and when you must report to the probation office, and you must report to the probation officer as instructed.

<u>Supporting Evidence</u>: Mr. Eynon is considered to be in violation of his conditions of supervised release by failing to contact the probation officer as instructed since April 19, 2023.

The undersigned contacted Mr. Eynon by telephone on April 19, 2023.  During this phone conversation, Mr. Eynon was agitated and panicked stating he overslept and missed his court date this morning at 8 a.m. and he needed to contact the court.  He was directed to contact the undersigned via telephone after he contacted Benton County District Court.

Mr. Eynon failed to contact the undersigned officer on April 19, 2023.  The following day, April 20, 2023, an email was received from Mr. Eynon that stated the following: "This is not right what you all are doing remember God watches everyone of us may your thinking it's okay but we all answer to God in the end but if you guys weren't happy with the plea agreement then you should of took me to court but we both know you..."

The undersigned responded to this email on April 21, 2023, and directed Mr. Eynon to contact the undersigned immediately.  A phone call was also placed to Mr. Eynon and a voicemail message was left with the same information.  No contact has been received from Mr. Eynon.

The U.S. Probation Office respectfully recommends the Court issue a warrant requiring the defendant to appear to answer to the allegation(s) contained in this petition.

**Prob12C**
**Re: Eynon, Don Franklin**
**April 24, 2023**
**Page 3**

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:     April 24, 2023

s/Daniel M. Manning

Daniel M. Manning
U.S. Probation Officer

THE COURT ORDERS

[  ]    No Action
[x]    The Issuance of a Warrant
[  ]    The Issuance of a Summons
[  ]    Other

Signature of Judicial Officer

4/25/2023

Date